RATLIFF JACKSON LLP
FOCUSED ON JUSTICE DRIVEN BY RESULTS

**RATLIFF JACKSON, LLP**
Terrell A. Ratliff, Esq.
*Member of the NJ & PA Bars*
✆ (856) 209-3111x103
✉ Terrell@RatliffJackson.com

September 9, 2026

**Via ECF and E-Mail**
Honorable Michael A. Shipp, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: United States v. Thomas Lee, Crim. No. 3:26-CR-00333 (MAS)**
**Renewed Application to Reopen Detention Determination Pursuant to 18 U.S.C. § 3142(f)**

Dear Judge Shipp

This firm represents defendant Thomas Lee. On July 22, 2026, the Court denied Mr. Lee's application for release pending sentencing, citing Mr. Lee's extensive criminal history, including offenses involving violence and domestic violence, and pending charges. Counsel does not ask the Court to revisit those findings, which remain part of the record and which counsel does not contend were made in error.

Mr. Lee respectfully submits this renewed application for the limited purpose of placing before the Court a certification from the proposed third-party custodian, Gloria E. Evans, that supplements and clarifies the record on which the Court's determination was based. Ms. Evans's certification, enclosed herewith, was not before the Court at the time of its ruling and directly addresses a statement attributed to her in the Pretrial Services report. Ms. Evans clarifies that her prior comment reflected a concern for her son's continuity of medical and psychiatric care, not an unwillingness to serve as his custodian, and she confirms her present willingness and readiness to do so under the specific conditions previously proposed to the Court, including home detention, location monitoring, and restrictions on financial activity.

Counsel recognizes that this clarification does not bear on the factors that were central to the Court's ruling. It is submitted so that the full and accurate position of the proposed custodian is part

of the record, and so that Mr. Lee's family has the assurance that every avenue available to them has been pursued before the Court.

Mr. Lee thanks the Court for its continued attention to this matter.

Best regards,

Terrell A. Ratliff, Esq.

TR/lg

Encl.: Certification of Gloria E. Evans (executed September 8, 2026)
cc: Benjamin D. Bleiberg, AUSA (via e-mail); U.S. Pretrial Services