RATLIFF JACKSON LLP
FOCUSED ON JUSTICE DRIVEN BY RESULTS

**RATLIFF JACKSON, LLP**
Terrell A. Ratliff, Esq.
*Member of the NJ & PA Bars*
✆ (856) 209-3111x103
✉ Terrell@RatliffJackson.com

September 24, 2026

**Via ECF and E-Mail**
Honorable Michael A. Shipp, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re: United States v. Thomas Lee, Crim. No. 3:26-CR-00333 (MAS)**
**Renewed Motion for Release from Custody (ECF No. 162)**

Dear Judge Shipp

This firm represents defendant Thomas Lee. On September 24, 2026, the Court issued a Text Order regarding Mr. Lee's Second Motion for Release from Custody (ECF No. 162), noting that the motion referenced a certification from the proposed third-party custodian, Gloria E. Evans, but that no certification was enclosed. The Court denied the motion on that basis and granted leave to file a renewed motion including the referenced certification.

Mr. Lee respectfully submits this renewed motion, attaching the certification of Gloria E. Evans, executed September 8, 2026. Ms. Evans's certification supplements and clarifies the record on which the Court's prior determination was based. It addresses a statement attributed to her in the Pretrial Services report, clarifying that her prior comment reflected a concern for her son's continuity of medical and psychiatric care, not an unwillingness to serve as his custodian, and confirms her present willingness and readiness to do so under the specific conditions previously proposed to the Court, including home detention, location monitoring, and restrictions on financial activity.

Counsel recognizes that this clarification does not bear on the factors that were central to the Court's underlying detention determination. It is submitted, together with the enclosed certification, so that the full and accurate record is before the Court and so that Mr. Lee's family has the assurance that every avenue available to them has been pursued.

Mr. Lee thanks the Court for its continued attention to this matter.

Best regards,

________________________________
Terrell A. Ratliff, Esq.

TR/lg

Encl.: Certification of Gloria E. Evans (executed September 8, 2026)
cc: Benjamin D. Bleiberg, AUSA (via e-mail); U.S. Pretrial Services