**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

UNITED STATES OF AMERICA,

v.

THOMAS LEE,
Defendant.

**Crim. No. 3:26-CR-00333 (MAS)**

## CERTIFICATION OF GLORIA E. EVANS

I, Gloria E. Evans, hereby certify as follows:

1. I am the mother of defendant Thomas Lee. I reside at 8 Forrestal Drive, Beverly (Edgewater Park Township), New Jersey 08010, where I have lived for many years and which I own.

2. On November 17, 2025, and again on July 20, 2026, I spoke with a Pretrial Services Officer of the United States District Court for the District of New Jersey regarding my son's case. On July 20, 2026, Pretrial Services approved me to serve as my son's third-party custodian upon his release. I understand that I was not present in court and had no opportunity to review or clarify my statements before they were summarized in a written report submitted to the Court.

3. I want to clarify and expand upon what I told Pretrial Services during those conversations. When I stated that I believed my son was "better suited" at a shelter, I was speaking to my understanding, at that time, of the medical and psychiatric services available to him there, and my concern that he continue receiving consistent care. I was not stating an unwillingness to have him live with me, nor was I declining to serve as his custodian. I have always been willing to have my son reside with me, and I remain willing today.

4. Since that conversation, I have discussed with counsel the specific conditions of release now proposed to the Court, including home detention with location monitoring, restrictions on my son's financial activity, and supervision by Pretrial Services. Having reviewed these conditions, I am satisfied that they address my prior concerns regarding his care and stability, and I confirm my willingness and readiness to serve as his third-party custodian under these conditions.

5. I understand the responsibilities of a third-party custodian, including the obligation to report any violation of release conditions to Pretrial Services and the Court, and I accept those responsibilities.

6. I have no criminal history, no history of bankruptcy, and I am a lifelong resident of New Jersey. I am retired and receive Social Security and pension income, as previously documented to Pretrial Services and to the Court.

7. I make this certification voluntarily and of my own accord, to ensure that my full position is before the Court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Gloria E. Evans

Gloria E. Evans

Date: 09 / 08 / 2026